■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY L. DAVIS, Appellant. (Appeal No. 2.) [849 NYS2d 861]— Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered March 23, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal mischief in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Davis* (48 AD3d 1120 [2008]). Present—Hurlbutt, J.P., Gorski, Martoche, Lunn and Peradotto, JJ.